Filed 8/17/20  P. v. King CA2/8

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION EIGHT

| | |
|---|---|
| THE PEOPLE, | B303801 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. NA059030) |
| v. | |
| ROLAND RICHARD KING, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of Los Angeles County, Judith L. Meyer, Judge.  Affirmed.

Adrian K. Panton, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

————————————

We review this appeal under *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*). We affirm. Code citations are to the Penal Code.

A September 29, 2004 information charged Roland King with 50 counts of robbery under section 211 and three counts of attempted robbery under sections 664 and 211. On March 24, 2005, the trial court sentenced King to 34 years. The appellate record does not include details of the underlying crimes or trial court proceedings.

On November 18, 2019, King filed a motion under section 3051 and *People v. Franklin* (2016) 63 Cal.4th 261 (*Franklin*). He requested the trial court take judicial notice of documents attached to the motion—a mitigation report and a psychological evaluation—and forward them to the California Department of Corrections to use in a mandated youth offender parole hearing.

Defense counsel represented King at the November 21, 2019 *Franklin* hearing. King's presence was waived. The trial court admitted the documents into evidence and ordered them forwarded to the California Department of Corrections.

King filed a notice of appeal on December 30, 2019. He appealed from the trial court's November 21, 2019 order, but stated his basis for appealing was a "Resentencing Error."

We appointed counsel to represent King. On June 23, 2020, counsel filed a *Wende* brief raising no issues and asking this court to review the record independently. Counsel advised King he had 30 days to file a supplemental brief.

King filed a supplemental brief on July 6, 2020. In this brief, he raised an argument unrelated to the order from which he appealed. He contended the trial court misspoke when it sentenced him to 34 years in 2005. This claim has nothing to do

with the trial court's November 21, 2019 order admitting evidence and completing proceedings under *Franklin*. King thus did not raise any arguable issues for reversal on appeal.

We have reviewed the entire record and are satisfied King's counsel fully complied with his responsibilities. There are no arguable issues for reversal on appeal. (See *Wende, supra*, 25 Cal.3d at p. 441.)

## DISPOSITION

The order is affirmed.


                                        WILEY, J.


We concur:


        GRIMES, Acting P. J.



        STRATTON, J.

3